Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

PAUL ALSTON                1126
NICKOLAS A. KACPROWSKI  8627
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:  palston@ahfi.com
         nkacprowski@ahfi.com

Attorneys for Defendant
DFS GROUP L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| BRYCE MACNAUGHTON,<br><br>   Plaintiff,<br><br> vs.<br><br>DFS GROUP L.P.,<br><br>   Defendants. | CIVIL NO. 15-00414 JMS-BMK<br><br>STIPULATION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT DFS GROUP L.P. AND ORDER |

STIPULATION TO DISMISS WITH PREJUDICE ALL
CLAIMS AGAINST DEFENDANT DFS GROUP L.P. AND
ORDER

IT IS HEREBY STIPULATED by and between Plaintiff

Bryce MacNaughton and Defendant DFS Group L.P., through their

respective counsel, that the Complaint, filed October 10, 2015 is

hereby dismissed with prejudice.

This Stipulation is entered into pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and has been

signed by all parties appearing in this action.  There are no

remaining claims or parties.  Each party shall bear their own costs

and attorneys' fees.

DATED: Honolulu, Hawai`i, March 23, 2016.


/s/ Nickolas A. Kacprowski
PAUL ALSTON
NICKOLAS A. KACPROWSKI

Attorneys for Defendant
DFS GROUP L.P.

_____

Case No. 15-00414 JMS-BMK; U.S. District Court for the District of
Hawaii; *Bryce MacNaughton v. DFS Group L.P.*; **STIPULATION TO
DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT
DFS GROUP L.P.**

/s/ Lunsford Dole Phillips
LUNSFORD DOLE PHILLIPS

Attorney for Plaintiff
Bryce MacNaughton


APPROVED AND SO ORDERED.

DATED:  Honolulu, Hawaii, March 24, 2016.




/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge


Case No. 15-00414 JMS-BMK; U.S. District Court for the District of
Hawaii; *Bryce MacNaughton v. DFS Group L.P.*; **STIPULATION TO
DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT
DFS GROUP L.P.**